**Exhibit 1**

*COMMONWEALTH OF PUERTO RICO*
*DEPARTMENT OF HEALTH*
*PUERTO RICO BOARD OF MEDICAL EXAMINERS*

THIS IS TO CERTIFY THAT:

THE PUERTO RICO BOARD OF MEDICAL EXAMINERS issued a full and unrestricted license number 9736 to FRANCISCO DUBOCQ BERDEGUEZ, Social Security 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 on DECEMBER 14, 1989.

By virtue of this license he/she is authorized to practice MEDICINE AND SURGERY in the COMMONWEALTH OF PUERTO RICO.

Said license is in good standing.

IN WITNESS WHEREOF, I have here unto set my hand and affixed the Seal of The Puerto Rico Board of Medical Examiners. At the City of San Juan, this JULY 23, 2003.

PABLO VALENTIN TORRES, ESQ
DIRECTOR

ISSUED TO: FRANCISCO DUBOCQ BERDEGUEZ, M.D.

je