**Exhibit 2**

# THE AMERICAN BOARD OF UROLOGY

31700 Telegraph Rd., Suite 150
Bingham Farms, Michigan 48025
(810) 646-9720



ALAN D. PERLMUTTER, M.D.
*Executive Secretary*

TRUSTEES:

*President*
JACK W. McANINCH, M.D.
Department of Urology
Ward 3A, Room 20
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

*President Elect*
JEROME P. RICHIE, M.D.
Brigham & Women's Hospital
Division of Urology
45 Francis Street
Boston, MA 02115

*Vice President*
GEORGE W. KAPLAN, M.D.
7930 Frost Street, Suite 407
San Diego, CA 92123

*Secretary-Treasurer*
H. LOGAN HOLTGREWE, M.D.
Conte Building
Suite 200
116 Defense Highway
Annapolis, MD 21401

DAVID M. BARRETT, M.D.
Mayo Clinic
Department of Urology
Rochester, MN 55905

JOHN M. BARRY, M.D.
Oregon Health Sciences University
Division of Urology L588
3181 SW Sam Jackson Park Road
Portland, OR 97201

JOSEPH N. CORRIERE, Jr., M.D.
University of Texas Medical School
6431 Fannin, Suite 6018
Houston, TX 77030

KENNETH A. KROPP, M.D.
Medical College of Ohio
Department of Urology
3000 Arlington Avenue
Toledo, OH 43699

FRAY F. MARSHALL, M.D.
Johns Hopkins Hospital
Brady Urological Institute
600 N. Wolfe Street, Marburg 150
Baltimore, MD 21287

ANDREW C. NOVICK, M.D.
The Cleveland Clinic Foundation
Department of Urology
9500 Euclid Avenue
Cleveland, OH 44195

THOMAS J. ROHNER, Jr., M.D.
Penn State Hershey
Milton S. Hershey Medical Center
P.O. Box 850
Hershey, PA 17033

RICHARD D. WILLIAMS, M.D.
University of Iowa
Department of Urology
Iowa City, IA 52240

October 29, 1996

Francisco M. Dubocq, M.D.
22314 Cape Cod Way
Farmington Hills, MI 48336

Dear Dr. Dubocq:

This will acknowledge your letter of October 22, 1996. You have documented fulfillment of the Board's pre-urology requirements, satisfactorily completing two years of residency training in general surgery at Ponce University Hospital Program, Ponce, Puerto Rico, which is an ACGME-accredited program, and you have obtained documentation of the accreditation of this program in a letter dated March 26, 1996 from Olga Rodriguez de Arzola, M.D., Director of the Medical Education Program at Ponce Regional Hospital.

Sincerely,

Alan D. Perlmutter, M.D.
Executive Secretary

ADP/dwt

# Commonwealth of Puerto Rico
# Department of Health
## Ponce Regional Hospital
## Dr. José N. Gándara



### This Certify That

## Francisco M. Dubocq-Berdeguez, M.D.

has faithfully and satisfactorily performed the duties of

## First year Resident in Surgery

from **July 1, 1992** to **June 30, 1993**

in witness whereof, this Certificate is awarded at

San Juan, Puerto Rico

this __30__ day of __June__ 1993

| TRAINING PROGRAM DIRECTOR | MEDICAL EDUCATION DIRECTOR |
|---|---|
| MEDICAL HOSPITAL DIRECTOR | SECRETARY OF HEALTH |

# Commonwealth of Puerto Rico
# Department of Health
## Ponce Regional Hospital
## Dr. José N. Gándara



### This Certify That

**Francisco M. Dubocq-Berdeguez, M**

has faithfully and satisfactorily performed the duties of

### Second year Resident in Surgery

from **July 1, 1993** to **June 30, 1994**

in witness whereof, this Certificate is awarded at

San Juan, Puerto Rico

this **30** day of **June** 19**94**

_____
TRAINING PROGRAM DIRECTOR

_____
MEDICAL HOSPITAL DIRECTOR

_____
MEDICAL EDUCATION DIRECTOR

_____
SECRETARY OF HEALTH

 

**UNIVERSIDAD DE PUERTO RICO, RECINTO DE CIENCIAS MÉDICAS**
**UNIVERSITY OF PUERTO RICO, MEDICAL SCIENCES CAMPUS**

DEPARTAMENTO DE CIRUGÍA                    DEPARTMENT OF SURGERY

May 12, 2000

To whom it may concern:

This is to certify that Dr. Francisco Dubocq fulfilled four months of renal transplant rotation during the months of October 1997, March, April and June 1998, as a surgery resident of the accredited General Surgery Program of the University of Puerto Rico School of Medicine.

During his rotation as a surgery resident at our accredited Renal Transplant Program he performed an excellent job. He evidences very good judgment and, I had the opportunity to directly supervise his running the ward, and this he did very well, showing him to be a superior academic resident.

If you need additional information, please feel free to contact me.

Eduardo A. Santiago-Delpín, MD
Professor of Surgery
University of Puerto Rico and
Director, Puerto Rico Renal Transplant Program

/lmr