**Exhibit 3**

# UNIVERSITY OF THE STATE OF NEW YORK

## EDUCATION DEPARTMENT



BE IT KNOWN THAT

## FRANCISCO MANUEL DUBOCQ

HAVING GIVEN SATISFACTORY EVIDENCE OF THE COMPLETION OF PROFESSIONAL AND OTHER REQUIREMENTS PRESCRIBED BY LAW IS QUALIFIED TO PRACTICE

## MEDICINE AND SURGERY

IN THE STATE OF NEW YORK

IN WITNESS WHEREOF THE EDUCATION DEPARTMENT GRANTS THIS LICENSE UNDER ITS SEAL AT ALBANY, NEW YORK THIS EIGHTH DAY OF SEPTEMBER, 2003.



PRESIDENT OF THE UNIVERSITY
AND COMMISSIONER OF EDUCATION

LICENSE NUMBER
229822



DEPUTY COMMISSIONER
OFFICE OF THE PROFESSIONS

EXECUTIVE SECRETARY
STATE BOARD FOR MEDICINE



Certified Copy

**DEPARTMENT OF LAW AND PUBLIC SAFETY**
**DIVISION OF CONSUMER AFFAIRS**

### State Board of Medical Examiners

*Certifies that* ___Francisco Manuel Dubocq___ , *M.D.*,

*has met all of the requirements for licensure and is hereby licensed to practice*

### Medicine and Surgery

*in the State of New Jersey.*

License Number  25MA07496500

Trenton, New Jersey
October 17, 2002

William V. Harrer, M.D.
*President*

Glenn A. Farrell, Esq.
*Secretary*

I, ___William V. Roeder___, Executive Director of the State Board of Medical Examiners of New Jersey, do hereby certify that the foregoing is a true copy of the Certificate of License issued by this Board to

___Francisco Manuel Dubocq___, M.D.,

on ___October 17, 2002___.

*William V. Roeder*
*Executive Director*

M430317   001   R -001
CUT OUT FOR WALLET CARD

STATE OF MICHIGAN - DEPARTMENT OF COMMUNITY HEALTH
BOARD OF MEDICINE
PHYSICIAN LICENSE

FRANCISCO MANUEL DUBOCQ MD
I-15 FLORENCIA
PARQUE MEDITERRANEO
GUAYNABO   PR   00966

PERMANENT I.D. NO.   EXPIRATION DATE
4301068790   01/31/2012   2372750

### COMPLAINT INFORMATION:
The issuance of this license should not be construed as a waiver, dismissal or acquiescence to any complaints or violations pending against the licensee, its agents or employees.

### WALL CERTIFICATE INFORMATION:
If the box is checked, you may purchase a State of Michigan Official Wall Certificate. Please visit http://tbsddp.com/certificates or call 1-800-875-3676  [X]

### FUTURE CONTACTS:
You should direct all inquires regarding this license or address changes to the:

DEPARTMENT OF COMMUNITY HEALTH

BOARD OF MEDICINE
P.O. BOX 30670
LANSING MI 48909-8170

YOUR LICENSE MUST BE DISPLAYED IN A PROMINENT PLACE.
REVERSE SIDE OF LICENSE CONTAINS IMPORTANT INFORMATION.



JENNIFER M. GRANHOLM
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH

L1517064

BOARD OF MEDICINE
PHYSICIAN LICENSE

FRANCISCO MANUEL DUBOCQ MD

THIS DOCUMENT IS DULY ISSUED UNDER THE LAWS OF THE STATE OF MICHIGAN.

PERMANENT I.D. NO.   EXPIRATION DATE
4301068790   01/31/2012   2372750