

**AMA**
AMERICAN
MEDICAL
ASSOCIATION

THIS IS TO CERTIFY THAT

*Francisco Manuel Dubocq, MD*

is a valued member in good standing of the
American Medical Association
and is committed to upholding the Principles of Medical Ethics,
which set the highest ethical standards for the profession.

2009

_____
Michael D. Maves, MD, MBA
Executive Vice President, CEO
American Medical Association

_____
Nancy H. Nielsen, MD, PhD
President
American Medical Association

A000266

# American Urological Association

*Founded in 1902*



This Certifies that

## Francisco Manuel Dubocq, M.D.

has fulfilled all requirements and is hereby elected a member of the American Urological Association

### CANDIDATE Member
### 2008

Paul F. Schellhammer
*President*

Albert C. Flanagan, MD
*Secretary*

# The New York Section
## of the
## American Urological Association, Inc.



Organized in 1902

*Be it known that*

# Francisco M. Dubocq, M.D.

*has been duly elected an*

## Associate Member
Anno Domini 2004

_____
Secretary

_____
President