

Exhibit 5

ACGME

Accreditation Council for
Graduate Medical Education

515 North State Street
Suite 2000
Chicago, Illinois 60654

Phone 312.755.5000
Fax 312.755.7498
www.acgme.org

March 1, 2010

Francisco M. Dubocq, MD
F.M. DUBOCQ BERDEGUES, M.D. & F.M. DUBOCQ BENTURA M.D.
INSTITUTO DE UROLOGIA AVANZADA
TORRE SAN PABLE, SUITE 101
BAYAMON, PR  00959

Dear Dr. Dubocq:

I received your request from Ms. King, regarding the accreditation status of the Urology residency program at **New York Medical College at Westchester Medical Center Program**. **New York Medical College at Westchester Medical Center** Program was accredited for the time period of 2003-2008.

**Lincoln Medical and Mental Health Center** was a participating institution for the time period of 2003-2008.

If I can be of further assistance please don't hesitate to contact our office.

Gloria Rouse-LaRue
Accreditation Assistant
312.755.5012 (O)
312.755.7498 (F)
gjr@acgme.org e-mail