

# NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
## LINCOLN MEDICAL AND MENTAL HEALTH CENTER

in affiliation with

**Downtown Bronx Medical Associate P.C.**

and

**Joan and Sanford I. Weill Medical College**

of

**Cornell University**

certifies that

# Francisco Manuel Dubocq, M.D.

has satisfactorily performed the duties of

**Non-Categorical Resident in Urology (PGY-V, VI, VII and VIII)**

from

**September 1, 2003 to August 31, 2007**

In Witness Whereof, the undersigned have affixed their signatures this 31st day of August, 2007

_Executive Director_

_Medical Director_

_Director, Graduate Medical Education_

_Chief of Service_

_Residency Program Director_



# NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
## LINCOLN MEDICAL AND MENTAL HEALTH CENTER

in affiliation with

**Downtown Bronx Medical Associate P.C.**

and

**Joan and Sanford I. Weill Medical College**

of

**Cornell University**

certifies that

# Francisco Manuel Dubocq, M.D.

has satisfactorily performed the duties of

## Non-Categorical Chief Resident in Urology (PGY-VIII)

from

## September 1, 2006 to August 31, 2007

In Witness Whereof, the undersigned have affixed their signatures this 31st day of August, 2007

_Executive Director_

_Medical Director_

_Director, Graduate Medical Education_

_Chief of Service_

_Residency Program Director_