# ST. BARNABAS HOSPITAL  Exhibit 7

Affiliated with
New York College of Osteopathic Medicine of New York Institute of Technology
Weill Medical College of Cornell University
New York Presbyterian Hospital and New York Presbyterian Healthcare Network
*Third Avenue and 183rd Street • Bronx, New York 10457-2594*

Telephone: (718) 960-9000

September 25, 2007

Francisco Dubocq, M.D.
35 Aspen Road
West Orange, NJ 07052

Dear Dr. Dubocq:

I am pleased to inform you that the Board of Trustees of St. Barnabas Hospital at its meeting of September 24, 2007 approved your appointment as Assistant Attending in the Department of Surgery, for the period of September, 2007 – September, 2008.

Please review the enclosed Delineation of Clinical Privileges carefully. You will be expected to limit your practice to these areas, to seek clarification in any ambiguous circumstances, and to arrange consultation and assistance as required in difficult, unusual or controversial cases. Any request of additional privileges should be referred to your Departmental Director.

This initial appointment is in effect for approximately one year. Near the end of this provisional period your activity and performance will be reviewed for consideration of reappointment to the Medical Staff.

As a newly appointed member of the Medical Staff you are expected to abide by the Bylaws and requirements of both St. Barnabas Hospital and the Medical Staff of St. Barnabas Hospital. A copy of the Bylaws is available for your review on the Hospital intranet.

Enclosed please find a letter to return indicating your acceptance of this position. In addition, please enclose a check to cover Medical Staff dues. Active staff are required to pay $250.00, Associate Medical Staff and Adjunct Staff $100.00, and Affiliate Staff $150.00. Dues are collected at each reappointment.

It is required that all staff members display identification badges when entering the grounds of the facility. If you have not already done so, a photo identification badge may be obtained from Human Resources.

We are delighted to welcome you to our staff and trust this will be the beginning of a long and mutually satisfactory working relationship.

Sincerely,

Scott Cooper, M.D.
President



# WESTCHESTER MEDICAL CENTER

August 31, 2007

Francisco Manuel Dubocq, M.D.
35 Aspen Rd.
West Orange, NJ 07052

Dear Dr. Dubocq,

At the request of Muhammad Choudhury, M.D., Director of the Department of Urology at the Westchester Medical Center, and pending the usual action by the Credentials Committee and the Executive Committee, temporary privileges are granted to you in the Department of Urology Section of General Urology effective August 31, 2007.

These privileges are extended for a period of one hundred twenty (120) days and will expire on December 29, 2007. They are granted to only cover the period of time until your application for appointment is presented to the Executive Committee for action.

Sincerely yours,

Michael D. Israel
CEO and President

MDI/ds

cc: Muhammad Choudhury, MD.



# WESTCHESTER MEDICAL CENTER

December 13, 2007

Francisco Manual Dubocq, M.D.
Calle Florencia I-15
Parque Mediterraneo
Guaynabo, Puerto Rico 00966

Dear Dr. Dubocq,

It gives me pleasure to advise you that the Board of Directors of the Westchester County Health Care Corporation, acting on the recommendation of the Executive Committee of the Medical Staff, has appointed you to the Medical Staff of Westchester Medical Center as an Assistant Attending Physician in the Department of Urology, Section of General Urology on the Special Service Staff, effective December 12, 2007. This appointment shall continue through December 31, 2008. Reappointment to the medical staff is on a biennial basis and in accordance with the procedures as set forth in the Medical Staff Bylaws.

Enclosed please find relevant material including Bylaws and Rules and Regulations of the Medical Staff, Delineation of Privileges, and Acceptance of Staff Appointment form. Please sign and date and return the staff acceptance form in the enclosed envelope to activate your privileges.

We look forward to our mutually beneficial relationship and welcome you to Westchester Medical Center.

Sincerely,

Michael D. Israel
President and CEO

MI:lw
Encl.

Cc: Muhammad Choudhury, M.D.
    John L. Phillips, M.D.

Valhalla Campus • Valhalla, New York 10595 • (914) 493-7000
Academic Health Center of New York Medical College