**Exhibit 8**

Commonwealth of Puerto Rico

Department of Health

Puerto Rico Board of Medical Examiners

*CERTIFICATION*

*I HEREBY CERTIFY*:

That the Puerto Rico Board of Medical Examiners issued this certification of specialty to *FRANCISCO M. DUBOCQ, M.D.*, social security number 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 on December 12, 2007, whom has the regular license number 9,736 issued on December 14, 1989 authorizing him to practice Medicine and Surgery in the Island of Puerto Rico.

By virtue of this certification he is authorized to practice as a specialist in UROLOGY in the Island of Puerto Rico.

In witness whereof, I sign this and affix the Official Seal of the Board of Medical Examiners, in San Juan, Puerto Rico, today December 12, 2007.

**Signed**
Milton D. Carrero Quiñones, M.D.
President

PO Box 13969 San Juan, Puerto Rico 00908
THIS DOCUMENT IS NOT TRANSFERABLE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

DEPARTAMENTO DE SALUD
Department of Health

TRIBUNAL EXAMINADOR DE MEDICOS DE PUERTO RICO
Puerto Rico Board of Medical Examiners



## CERTIFICACION

**POR LA PRESENTE CERTIFICO:**

Que el Tribunal Examinador de Médicos de Puerto Rico otorgó esta Certificación de Especialidad a FRANCISCO M. DUBOCQ, M.D., número de seguro social 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 el día 12 de diciembre de 2007, quien posee la licencia regular número 9,736 otorgada el 14 de diciembre de 1989 que lo autoriza a practicar Medicina y Cirugía en la Isla de Puerto Rico.

Por virtud de esta Certificación se le autoriza a ejercer como especialista en UROLOGIA en la Isla de Puerto Rico.



EN TESTIMONIO DE LO CUAL, firmo la Presente y estampo el Sello Oficial del Tribunal Examinador de Médicos, en San Juan, Puerto Rico, hoy 12 de diciembre de 2007.

_Milton D. Carrero Quiñones, M.D._
Presidente

PO Box 13969 San Juan, Puerto Rico 00908

ESTE DOCUMENTO NO ES TRANSFERIBLE / THIS DOCUMENT IS NOT TRANSFERABLE