**EXHIBIT 9**

GOVERNMENT OF PUERTO RICO
HEALTH DEPARTMENT
PUERTO RICO MEDICAL LICENSING AND DISCIPLINARY BOARD
PO BOX 13969, SAN JUAN, PR 00908-3969
TEL: (787) 753-4099 Ext.6589

| PUERTO RICO LICENSING AND DISCPLINARY MEDICAL BOARD<br><br>v.<br><br>Dr. Francisco M. Dubocq Berdegez, Lic. #9736 | CASE NO.<br>QF-JLDM-2010-201 | RE:<br><br>RESOLUTION 2010-53<br><br>Certificate of Specialty in Urology |
|---|---|---|

**RESOLUTION 2010-53**
**ADMINISTRATIVE ORDER; SUMMARY SUSPENSION; AND CEASE AND DESIST**

It has been recognized that the administrative agencies have the right to correct errors in which they may have incurred in carrying out their role as an agency. *Mendoza v. Asociación de Empleados*, 94 D.P.R. 564 (1967).

An administrative error does not create rights or prevent its correction. *Del Rey v. J.A.C.L.*, 107 D.P.R. 398 (1978). The Medical Licensing and Disciplinary Board granted doctor Dubocq Berdeguez a certification to practice the specialty of urology. Our attention has been called alleging that the documents submitted to demonstrate compliance with the year of residency in the specialty does not meet the regulations.

Having received a complaint from the Puerto Rico Urological Association against doctor Francisco Dubocq Berdeguez on alleged acts constituting unprofessional conduct and/or violations of the rules contained in the law or regulations applicable to non-compliance with the year of residency in an institution recognized and accredited by the American Board of Medical Specialties or by the National Board of Specialty, neither accreditation that the residence was made in a program accredited by the ACGME, Art. 26(b)(2) of Act No. 139 of August 1, 2008.

Because you do not meet the requirements of the Act to support the specialty of Urology, your are hereby summarily suspended from the specialty certification under subsection (g) of that Article 26, *supra*.

It is further provided that you immediately cease and desist from continuing to practice the specialty of urology in accordance with the provisions of Article 28, paragraph (g) of Act No. 139, *supra*. Be advised that failure to comply with this order is punishable as contempt.

Act No. 170 of August 12, 1988, as amended by Law No. 247, adopted on December 25, 1995, entitled, "Uniform Administrative Procedure Act" (LPAU) authorizes the agency to use administrative summary proceedings in situations where there is an **imminent danger to the health, safety and welfare or in cases where immediate action is required of the agency**. (Emphasis added).

An administrative hearing will be held within the next fifteen calendar days immediately following the summary suspension. The suspension is effective from the date of receipt of this Resolution. The return receipt of the certified mail will be used for purposes of calculating the date of the receipt of the resolution. If the day is a Saturday, Sunday or holiday, the hearing will be held the next business day. **The hearing will be held at the GM Group Plaza Building 1590 (Third Floor) located at Road No. 1 from Río Piedras to Caguas, Ponce de León Street (Marginal), in front of the former la Electrónica building, on January 11, 2011 at ten o'clock in the morning.**

The defendant is advised of his right to appear at the administrative hearing duly assisted with legal representation and to present witnesses and/or documentary evidence.

If the aggrieved party does not appear at the administrative hearing and does not justify his failure to appear it will be assumed that he is waiving the right to be present in the proceedings, default will be entered against him, and the hearing will held.

In San Juan, Puerto Rico on December 23, 2010.

**BY THE PUERTO RICO MEDICAL LICENSING AND DISCIPLINARY BOARD.**


**Signed**
**EDWIN MEJÍAS LOPERENA, M.D.**
**PRESIDENT**

CERTIFICATION: That on the 28th of December of 2010, I filed copy of this Order, having sent or delivered the original on this date to the Appointed Investigating Officer, attorney Luis Hernández Cardona, and notified by certified mail number 7010 1870 0002 3697 7064 to doctor Francisco Dubocq and to the Puerto Rico Urological Association to their addresses of record.


**Signed**
**ERNESTO CABALLERO DEL VALLE**
**EXECUTIVE DIRECTOR**




**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE SALUD**
**JUNTA DE LICENCIAMIENTO Y DISCIPLINA MÉDICA**
**DE PUERTO RICO**
PO BOX 13969, SAN JUAN, PR 00908-3969
TEL: (787) 753-4099 EXT. 6589

| | | |
|---|---|---|
| JUNTA DE LICENCIAMIENTO Y DISCIPLINA MEDICA DE PUERTO RICO<br>V.<br>DR. FRANCISCO DUBOCQ BERDEGUER<br>LIC. #9736 | CASO NÚM.:<br>QF-JLDM-2010-201 | SOBRE:<br>RESOLUCIÓN 2010-53<br>Certificación de Especialidad en Urología |

**RESOLUCIÓN 2010-53**
**ORDEN ADMINISTRATIVA; SUSPENSIÓN SUMARIA; Y CESE Y DESISTA**

A los organismos administrativos se les reconoce la Facultad para corregir los errores en que podrían haber incurrido en el desempeño de su función como agencia. *Mendoza v. Asociación de Empleados* 94 DPR 564 (1967).

Un error administrativo no crea derechos ni impide su corrección. *Del Rey v. J.A.C.L.* 107 DPR 398 (1978). La Junta de Licenciamiento y Disciplina Médica concedió al doctor Dubocq Berdeguez una Certificación para ejercer la especialidad de la urología. Se nos llama a la atención a que los documentos sometidos que acreditan el año de residencia en la especialidad no cumplen con la reglamentación.

Recibida queja de la Puerto Rico Urological Association contra el doctor Francisco Dubocq Berdeguez, sobre supuestos hechos constitutivos de Conducta No Profesional y/o violaciones a las normas contenidas en la Ley o Reglamentos aplicables al no cumplimiento con el año de residencia en una institución reconocida y acreditada por la American Board of Medical Specialties o por la Junta Nacional de Especialidad, tampoco surge que la residencia se haya realizado en un programa acreditado por ACGME, Art. 26 (b)(2) de la Ley 139 de 1 de agosto de 2008.

Debido a que usted no cumple con los requisitos establecidos en la Ley para sustentar la especialidad en Urología, **se suspende sumariamente la Certificación de Especialidad** al amparo del inciso (g) del referido artículo 26, supra.

Se dispone además, que usted **CESE y DESISTA DE INMEDIATO** de continuar practicando la especialidad de urología a tenor con lo establecido en el Art. 28, inciso (g) de la Ley Núm. 139, supra. **Se le advierte que el incumplimiento con esta Orden será punible como un Desacato.**

La Ley Núm. 170 del 12 de agosto de 1988, según enmendada por la Ley Núm. 247, aprobada en 25 de diciembre de 1995, titulada "Ley de Procedimiento Administrativo Uniforme" (LPAU), (3 L.P.R.A sec. 2167), autoriza a la agencia administrativa a utilizar el procedimiento sumario en aquellas situaciones en que exista un **peligro inminente para la salud, seguridad y bienestar público o en aquellos casos en que se requiere acción inmediata de la agencia.** (Énfasis Nuestro)

Se celebrará una vista dentro de los próximos quince (15) días calendarios inmediatos a la suspensión sumaria. La suspensión será efectiva desde la fecha en que reciba esta Resolución. Se tomará para efectos del cómputo el acuse de recibo de correo certificado. De surgir que el día sea sábado, domingo o día feriado, la vista se celebrará el próximo día laborable. **La vista se celebrará en el Edificio GM Group Plaza 1590 (Tercer Piso) localizado en la Carretera #1 de Rio Piedras a Caguas, Calle Ponce de León (Marginal), frente al antiguo edificio la Electrónica, el día 11 de enero de 2011, a las diez de la mañana.**

Se apercibe al querellado que tiene derecho asistir a la vista administrativa debidamente asistido de representación legal y presentar prueba testifical y/o documental.

De la parte afectada no asistir a la vista administrativa y no justificar su incomparecencia se entenderá está renunciando al derecho de estar presente en la misma; anotándose la rebeldía y procediéndose a la celebración correspondiente.

En San Juan, Puerto Rico a 23 de diciembre de 2010.

POR LA JUNTA DE LICENCIAMIENTO Y
DISCIPLINA MÉDICA DE PUERTO RICO

_____
EDWIN MEJIAS LOPERENA, MD
PRESIDENTE

CERTIFICO: Que en el día 28 de diciembre de 2010, archivé en autos copia de esta Orden, habiendo enviado o entregado el original de la misma en esta fecha al Oficial Investigador Designado, licenciado Luis Hernández Cardona, y notificado por correo certificado número 7010 1870 0002 3697 7064 al doctor Francisco Dubocq y a la Puerto Rico Urological Association a sus direcciones de récord.

_____
ERNESTO CABALLERO DEL VALLE
DIRECTOR EJECUTIVO