Gmail - Junta de Licenciamiento y Disciplina Medica vs. Dr. F. Dubocq

Case 3:11-cv-01037-JAF   Document 2-12   Filed 01/14/11   Page 1 of 1

Page 1 of 1

Page 1 of 1

**Exhibit 11**



José L. González-Castañer <jlgclaw@gmail.com>

# Junta de Licenciamiento y Disciplina Medica vs. Dr. F. Dubocq

José L. González-Castañer <jlgclaw@gmail.com>   Thu, Jan 13, 2011 at 3:50 PM
To: Luis Hernández Cardona <hernandezcardonalaw@gmail.com>
Cc: Roberto Ariel Fernandez <rafernandezlaw@gmail.com>
Bcc: Francisco Dubocq <fmdubocq@yahoo.com>

Mr. Hernández Cardona:

This is further to our telephone conversation of this morning regarding the status of Dr. Dubocq's motion, filed on Tuesday, January 11, 2011, requesting the Board to set aside its order that, summarily and without prior hearing or notice of any charge, suspended Dr. Dubocq from practicing the specialty of urology. You advised me that Dr. Dubocq could expect a ruling on his request during today, but he has not received any notice from the Board.

Please advise whether Dr. Dubocq should expect a decision on his motion by close of business hours today. As Mr. Fernández Quiles and I informed you, Dr. Dubocq is trying to avoid to resort to a judicial action, but the order entered summarily continues to cause significant harm on him and his patients. Hence, Dr. Dubocq reiterates his request for an urgent adjudication of his motion to set aside the Board's order.

In addition, Dr. Dubocq formally reiterates his request that he be served with a copy of any charge that may have been filed against him in connection with the proceeding that resulted in the summary order that suspended him from practicing urology within the Commonwealth of Puerto Rico. As you know, Dr. Dubocq has not received the charge mentioned in the Board's order.

Thanks.

JLGC

--
José Luis González Castañer
González Castañer & Morales Cordero, CSP
Westernbank World Plaza, Ste. 1500
268 Muñoz Rivera Ave.
San Juan, PR 00918

---
P.O. Box 191836
San Juan, PR 00919-1836
Tel. (787)758-7819
Fax (787)758-4152