**Exhibit 12**

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF HEALTH
PUERTO RICO BOARD OF MEDICAL EXAMINERS
LEGAL DIVISION

September 2, 2008

Dr. Francisco M. Dubocq-Berdeguez
Parque Mediterráneo
Calle Florencia I-15
Guaynabo, Puerto Rico 00966

Lic. 9736

Dear doctor Dubocq-Berdeguez:

The Puerto Rico Board of Medical Examiners has been in a process of evaluating your personal file related to the specialty certification in Urology.  On January 16, 2008 Dr. Milton Carrero Quiñones, former President of the TEM, signed an application for specialty certification in Urology, and on April 2, 2008 signed a Translation of a Certification of specialty in Urology.

On February 9, 1999, former President of the TEM, Dr. Humberto Vázquez Oliveras advised that the Chief of the Urology Program was the one called to make judgments on the recognition of previous training studies completed by you.

With regard to the communication sent by Dr. Vázquez the TEM received no response

From the personal file does not appear that you have met the residence, nor the requirements of the "American Board of Medicine Specialties" to be certified as an Urologist.

It is important that within the term of ten working days from the receipt of this notification you submit the documents that prove the residence and that you passed or are eligible to take the examinations of the "American Board of Medicine Specialties" in the specialty of Urology.

Waiting for your prompt response,

**BY THE PUERTO RICO BOARD OF
MEDICAL EXAMINERS**

**CORDIALLY,**

<u>**Signed**</u>
Lilia Ortiz Puig
Legal Advisor

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE SALUD**
**TRIBUNAL EXAMINADOR DE MEDICOSDE PUERTO RICO**
**DIVISIÓN LEGAL**

**2 de septiembre de 2008**

**Dr. Francisco M Dubocq-Berdeguez**
**Parque Mediterráneo**
**Calle Florencia I-15**
**Guaynabo, Puerto Rico 00966**

**Lic. 9736**

**Estimado doctor Dubocq- Berdeguez:**

**El Tribunal Examinador de Médicos de Puerto Rico, ha estado en proceso de evaluar su expediente personal relacionado con la certificación de especialidad en Urología. El 16 de enero del 2008, el Dr. Milton Carrero Quiñones, entonces Presidente del TEM, suscribió solicitud de especialidad en Urología, y el 2 de abril de 2008, suscribió Traducción de Certificación de especialidad en Urología.**

**El 9 de febrero de 1999, el entonces Presidente del TEM, Dr. Humberto Vázquez Oliveras le comunico que el Jefe del Programa de Urología, era el llamado a pasar juicio sobre la convalidación de estudios de entrenamiento previo hecho por usted.**

**Con relación a la comunicación que le remitiera el doctor Vázquez el TEM. no recibió respuesta de su parte.**

**Del expediente personal no surge que usted haya cumplido con la residencia, ni con los requisitos de la "American Board of Medicine Specialties" para ser cerificado como Urólogo.**

Continuación
Página 2
Dr. Francisco M. Dubocq-Berdeguez

Es importante que en el término de diez (10) días laborable a partir del recibo de la presente notificación usted remita los documentos que acrediten la residencia y el que usted aprobó o es candidato para tomar los exámenes de la "American Board of Medicine Specialties" en la especialidad de Urología.

Esperando su pronta contestación,

POR EL TRIBUNAL EXAMINADOR
DE MEDICOS DE PUERTO RICO

CORDIALMENTE;

Lilia Ortiz Puig
Asesora Legal