**Exhibit 13**

September 16, 2008

I received from Dr. Francisco Dubog, Lic. 9736, two (2) binders of documents one entitled Career Binder and the other Educational Binder, referring to him as as consequence of the letter sent by attorney Lilia Ortiz Puig on September 2, 2008.

**Signed**
Mirta I. González Acevedo - Secretary
9/16/2008

16 de septiembre de 2008

Recibí del Dr. Francisco Dubog, Lic. 9736, dos (2) carpetas de documentos una titulada Career Binder y la otra Educational Binder, referentes a él, como consecuencia de la carta remitida por la licencia Lilia Ortiz Puig del día 2 de septiembre de 2008.

_____
Mirta I. González Acevedo-Secretaria
9/16/08