

**GENERATIONS+**
**NORTHERN MANHATTAN**
HEALTH NETWORK

**Exhibit 15**

LINCOLN MEDICAL AND MENTAL HEALTH CENTER
234 Eugenio Maria De Hostos Blvd. (149th Street), Bronx, NY 10451   Tel 718-579-5700   Fax 718-579-5319

HARLEM HOSPITAL CENTER

LINCOLN MEDICAL AND MENTAL HEALTH CENTER

METROPOLITAN HOSPITAL CENTER

MORRISANIA DIAGNOSTIC AND TREATMENT CENTER

RENAISSANCE HEALTH CARE NETWORK

SEGUNDO RUIZ BELVIS DIAGNOSTIC & TREATMENT CENTER

Board of Medical Examiners of Puerto Rico
P.O. Box 13969
San Juan, Puerto Rico 00908

To Whom It May Concern:

This letter is to certify that Francisco M. Dubocq, M.D., (with Puerto Rico Medical License #9736) has satisfactorily performed the duties of House Officer (as PGY-V, PGY-VI, PGY-VII) and Chief House Officer (PGY-VIII) in Urology while registered with the office of Post Graduate Medical Education from September 1, 2003 to August 31, 2007, at Lincoln Medical and Mental Health Center.

The urology residency program at the New York Medical College is accredited by the Accreditation Council for Graduate Medical Education (ACGME). Lincoln Medical and Mental Health Center is a major participating institution within this program.

Signed on September 27, 2007,

M. David Schwalb, M.D., FACS
Clinical Associate Professor, New York Medical College
Chief, Urology Service, Office 2A7,
Lincoln Medical and Mental Health Center

Muhammad S. Choudhury, M.D., FACS
Professor and Chairman, New York Medical College
Director, Urology Services, Westchester Medical Center