**Exhibit 16**

Commonwealth of Puerto Rico

Department of Health

Puerto Rico Board of Medical Examiners

*NOW*
*MEDICAL LICENSING AND DISCIPLINARY BOARD*
*VERIFICATION OF LICENSE*
*"GOOD STANDING"*

*I HEREBY CERTIFY*:

That on December 14, 1989 the Puerto Rico Board of Medical Examiners issued to *FRANCISCO M. DUBOCQ BERDEGUEZ, M.D.*, social security number XXX-XX-5207 the regular license number 9,736. Under such license he was authorized to freely practice Medicine and Surgery in the Commonwealth of Puerto Rico. Such license is in force at the present.

Dr. *FRANCISCO M. DUBOCQ BERDEGUEZ* maintains the following Certifications of Specialty or Sub-Speciality:

Specialty in *UROLOGY* issued on December 12, 2007.

In witness whereof, I sign this and affix the seal of the Medical Licensing and Disciplinary Board, in San Juan, Puerto Rico, today October 22, 2009.

**Signed**
Ivonne M. Fernánez Colón
Executive Director

*Issued to:* DR. *FRANCISCO M. DUBOCQ BERDEGUEZ*

*clll*

PO Box 13969 San Juan, Puerto Rico 00908
THIS DOCUMENT IS NOT TRANSFERABLE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

DEPARTAMENTO DE SALUD
Department of Health

TRIBUNAL EXAMINADOR DE MEDICOS DE PUERTO RICO
Puerto Rico Board of Medical Examiners



*AHORA*
*JUNTA DE LICENCIAMIENTO Y DISCIPLINA MÉDICA*
*VERIFICACIÓN DE LICENCIA*
*"GOOD STANDING"*

*POR LA PRESENTE CERTIFICO:*

Que la Junta de Licenciamiento y Disciplina Médica de Puerto Rico otorgó a FRANCISCO M. DUBOCQ BERDEGUEZ, M.D., número de seguro social XXX-XX-5207 la licencia regular número 9,736 el día 14 de diciembre de 1989. Por virtud de ésta se le autoriza a ejercer la MEDICINA Y CIRUGIA libremente en el Estado Libre Asociado de Puerto Rico. Esta licencia está vigente al presente.

El Dr. FRANCISCO M. DUBOCQ BERDEGUEZ tiene las siguientes Certificaciones de Especialidad o Sub-Especialidad:

Especialidad en UROLOGIA expedida el día 12 de diciembre de 2007



EN TESTIMONIO DE LO CUAL, firmo la Presente que contiene el Sello Oficial de la Junta de Licenciamiento y Disciplina Médica, en San Juan, Puerto Rico, hoy 22 de octubre de 2009.

Ivonne M. Fernández Colón
Directora Ejecutiva

Expedido a: DR. FRANCISCO M. DUBOCQ BERDEGUEZ

cIII

PO Box 13969  San Juan, Puerto Rico 00908
ESTE DOCUMENTO NO ES TRANSFERIBLE / THIS DOCUMENT IS NOT TRANSFERABLE