ENTERED ON DOCKET
2/2/11  PURSUANT
TO FRCP RULES 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**Francisco M. Dubocq**

Plaintiff(s)

vs.

**Edwin Mejias-Loperena, et al.**

Defendant(s)

CIVIL CASE    11-1037  (JAF)

## JUDGMENT

Pursuant to Court's Order (docket #26)  Judgment is entered dismissing this case without prejudice.

In San Juan, Puerto Rico, this  2th  day of  February,  2011.

**Frances Rios de Moran, Esq.**

Clerk of Court

s/Diana Villavicencio

Diana Villavicencio
Deputy Clerk